UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 310-17 |
| | ) | |
| v. | ) | |
| | ) | |
| **FRANCIS ASHLEY CORBIN** | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AS TO DEFENDANT FRANCIS ASHLEY CORBIN
PURSUANT TO U.S.S.G. §5K1.1 AND 18 U.S.C. §3553(e)**

Comes now the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and respectfully moves, pursuant to U.S.S.G. §5K1.1 and 18 U.S.C. §3553(e), for a downward departure from the applicable sentencing guideline range for defendant Francis Ashley Corbin based upon his substantial assistance to the government in the investigation and prosecution of other persons.

1.  The defendant entered into a plea agreement with the government wherein he agreed to plead guilty to the lesser included offense in count one of the indictment, charging a conspiracy to manufacture methamphetamine in violation of 21 U.S.C. §846.  The defendant faces a statutory penalty of up to twenty years imprisonment, a fine of up to $1,000,000, and at least three years of supervised release.

2.  The government represents that the assistance of the defendant in the investigation and prosecution of others constitutes "substantial assistance" as contemplated by U.S.S.G. §5K1.1.  Therefore, by the filing of this downward departure motion pursuant to U.S.S.G. §5K1.1 and 18 U.S.C. §3553(e), the Court is authorized to impose a sentence below the advisory guideline sentence ranges.

3. The government submits that Corbin made a truthful proffer to DEA investigators detailing his knowledge of persons engaged in drug trafficking and that this truthful proffer provided information sufficiently useful to meet or exceed the threshold of being considered "substantial assistance." Further bases for the government's characterization of the value of defendant's cooperation may be proffered at sentencing.

4. Defendant Corbin pleaded guilty on April 20, 2011. His projected guideline range for imprisonment is 108-135 months, based on a total offense level of 31, and a criminal history category of I. The government suggests that a departure to a range of 78-97 months (three-levels) would be commensurate with the value of Corbin's cooperation.

## CITATION OF AUTHORITY

U.S.S.G. §5K1.1 provides as follows:

Upon motion of the government stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense, the court may depart from the guidelines.

(a) The appropriate reduction shall be determined by the court for reasons stated that may include, but are not limited to, consideration of the following:

(1) the court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration the government's evaluation of the assistance rendered;

(2) the truthfulness, completeness, and reliability of any information or testimony provided by the defendant;

(3) the nature and extent of the defendant's assistance;

(4)  any injury suffered, or any danger or risk of injury to the defendant or his family resulting from his assistance;

(5)  the timeliness of the defendant's assistance.

WHEREFORE, the government respectfully requests that this Court depart downward as the Court deems appropriate in imposing sentence on the aforementioned defendant.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ Brian T. Rafferty*

Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

*s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

      This 17th day of August 2011.

      Respectfully submitted,

      EDWARD J. TARVER
      UNITED STATES ATTORNEY

      *s/ Karl I. Knoche*

      Karl I. Knoche
      Assistant United States Attorney
      Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422