FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN -7 PM 1:21

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | CR3: 10-00017-001 |
| FRANCIS ASHLEY CORBIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL RESPONSE TO THE GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35 AND 18 U.S.C. § 3553(e) AND MOTION FOR A HEARING ON THE GOVERNMENT'S MOTION AND MOTION FOR EXTENSION TO FILE

**THIS MATTER** having come before the Court on the Motion of Defendant to seal his Response to the Government's Motion for Reduction of Sentence Pursuant to Rule 35 and 18 U.S.C. § 3553(e) and on Defendant's Motion for Extension to File the above response, and the Court having reviewed the submissions and arguments of the parties; and for good cause shown, the following document is ordered sealed and a five day extension to file the following document is GRANTED:

Defendant's Response to the Government's Motion for Reduction of Sentence Pursuant to Rule 35 and 18 U.S.C. § 3553(e) and Motion for a Hearing on the Government's Motion.

Within five days of this Order, the Defendant will deliver via FedEx or U.S. Mail the above stated response to be filed under seal.

IT IS this 7th day of January 2015,

**ORDERED** that the Defendants' motion is **GRANTED**.

_____
Dudley H. Bowen, Jr.
United States District Court Judge