FILED U.S. DISTRICT COURT AUGUSTA DIV. 2015 JAN 16 AM 9:41 CLERK ___ SO DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 310-017 |
| | * | |
| FRANCIS ASHLEY CORBIN | * | |

# O R D E R

In the captioned case, the United States Attorney for the Southern District of Georgia has now filed a motion for the modification and reduction of Defendant Francis Ashley Corbin's sentence pursuant to Federal Rule of Criminal Procedure 35(b). On August 23, 2011, the Defendant was sentenced to seventy-two (72) months in the custody of the Bureau of Prisons, five (5) years of supervised release, a $2,000 fine, and a $100 special assessment. The Defendant's term of supervised release was subject to the usual conditions.

Upon receiving the motion, the Court scheduled a telephonic hearing and heard from both the Government's attorney and defense counsel regarding the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter. Also, counsel waived the recording of the telephonic hearing.

The Court has investigated and considered the Defendant's conduct while in the custody of the Bureau of Prisons. After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment imposed in the Defendant's case pursuant to Federal Rule of Criminal Procedure 35(b) is hereby **GRANTED**.

It is the judgment of this Court that the sentence of imprisonment imposed on August 23, 2011, is hereby reduced from seventy-two (72) months to fifty-eight (58) months imprisonment.

Additional special conditions of the supervised release are hereby imposed. Upon his release from confinement, the Defendant shall be monitored by location monitoring technology at the discretion of the probation officer for a period of <u>120 days</u> and shall abide by all technology requirements as directed by the probation officer. The costs of location monitoring shall be paid by the Defendant. Further, the Defendant is restricted to and shall reside at the residence of his mother, Peggy Corbin, located at 7155 Georgia Highway 297, Soperton, Georgia 30457, at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; court appearances; court-ordered obligations; or other activities pre-approved by the

probation officer. Further, the Defendant shall maintain meaningful, gainful employment during the entire term of supervised release. All other terms shall remain in effect as originally imposed by this Court on August 23, 2011.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

3